IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. 09-CV-142-JPG-PMF |
| ) | |
| Charles Davis, ) | |
| ) | |
| Defendant. ) | |

## **DEFAULT JUDGMENT**

This matter having come before the Court, the defendant having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff United States of America against defendant Charles Davis in the amount of $8,158.18, plus court costs in the amount of $350.00 pursuant to 28 U.S.C. § 2412(a)(2), plus post-judgment interest. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a), shall be computed daily and shall be compounded annually until this judgment is satisfied in full.

**JUSTINE FLANAGAN, Acting Clerk**

**By:s/Deborah Agans, Deputy Clerk**

**Date: July 2, 2009**

**Approved:** s/ J. Phil Gilbert
**J. PHIL GILBERT**